No. 424. AMERICAN RAILWAY EXPRESS COMPANY *v.* LUCIUS P. LEVEE. October 9, 1922. Petition for a writ of certiorari to the Court of Appeal, First Circuit, of the State of Louisiana, granted. *Mr. Hunter C. Leake, Mr. A. M. Hartung* and *Mr. H. Garland Dupré* for petitioner; *Mr. Charles T. Wortham* for respondent.

No. 431. PUSEY & JONES COMPANY *v.* HANS KARLUF HANSSEN. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Lindley M. Garrison* for petitioner. *Mr. William H. Button, Mr. John P. Nields* and *Mr. William G. Mahaffey* for respondent.

No. 443. C. B. GILES ET AL. *v.* HENRY VETTE ET AL. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. William Burry* and *Mr. Lewis F. Jacobson* for petitioners. *Mr. Horace Kent Tenney, Mr. Harry A. Parkin, Mr. Carl Meyer* and *Mr. Henry R. Platt* for respondents.

No. 454. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK *v.* HURNI PACKING COMPANY. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Frederick L. Allen* for petitioner. *Mr. Charles M. Stilwill* for respondent.

No. 457. UNITED STATES *v.* FREDERICK L. MERRIAM. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck* for the United States. *Mr. Rau C. Gasser* for respondent.